NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRACCO DIAGNOSTICS INC.,**
*Appellant*

**v.**

**JUBILANT DRAXIMAGE INC.,**
*Appellee*

---

2020-1696, 2020-1697, 2020-1698

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01448, IPR2018-01449, IPR2018-01450.

---

## JUDGMENT

---

JULIE PAMELA BOOKBINDER, Greenberg Traurig LLP, New York, NY, argued for appellant. Also represented by SCOTT JOSEPH BORNSTEIN; HEATH BRIGGS, Denver, CO; BARRY SCHINDLER, Florham Park, NJ.

ROBERT LOUIS HAILS, JR., Baker & Hostetler LLP, Washington, DC, argued for appellee. Also represented by T. CY WALKER; THERESA WEISENBERGER, Atlanta, GA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 6, 2021                    /s/ Peter R. Marksteiner
Date                               Peter R. Marksteiner
                                      Clerk of Court